UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
YOUNG NAM HAN, Debtor,

Case No.: __19-14216 (RG)__  
Chapter: __7__  
Judge: __Rosemary Gambardella__

## NOTICE OF PROPOSED ABANDONMENT

__Eric R. Perkins__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella, USBJ__ on __May 20, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 50 Sherwood Road<br>Norwood, NJ 07648<br>$450,000 as per CMA provided by Debtor |
|---|---|

| Liens on property: | Mortgage in the amount of $938,877.90 |
|---|---|

| Amount of equity claimed as exempt: $0 |
|---|

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Chapter 7 Trustee  
Address: 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039  
Telephone No.: 973-422-1100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Young Nam HAN  
    Debtor

Case No. 19-14216-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 17, 2019  
                Form ID: pdf905     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.
```
db             +Young Nam HAN,    50 Sherwood Road,    Norwood, NJ 07648-2320
518062287      +American Express Centurion Bank,    4315 South 2700 West,    Salt Lake City, UT 84184-0001
518062288      +CitiBank South Dakota NA,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
518062289      +Fein, Such, Kahn & Shepard, PC,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
518062291      +Parker McCay PA,    9000 Midlantic Drive,    Suite 300,    Mount Laurel, NJ 08054-1539
518062292      +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
518062293      +Tanaglia & Hunt, PA,    395 West Passaic Street,    Suite 205,    Rochelle Park, NJ 07662-3016
518062294       Wells Fargo Bank, NA,    PO Box 51193,    Los Angeles, CA 90051-5493
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2019 00:49:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2019 00:49:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
518062290      +E-mail/PDF: bankruptcy@ncfsi.com Apr 18 2019 00:55:28      New Century Financial Services,
                 110 S Jefferson Road,    Suite 104,    Whippany, NJ 07981-1038
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, as successor
               Trustee to Citibank. N.A. as Trustee of Structured Asset Mortgage Investments II Inc., Bear
               Stearns ARM Trust, Mortgage Pass-Through Certificates, dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins     eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Peter H. Kim    on behalf of Debtor Young Nam HAN peterhkimlaw@yahoo.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association, as successor
               Trustee to Citibank. N.A. as Trustee of Structured Asset Mortgage Investments II Inc., Bear
               Stearns ARM Trust, Mortgage Pass-Through Certificates, rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```