UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise E. Carlon
KML Law Group PC
Sentry Office Plaza
216 Haddon Avenue
Suite 206
Westmont, NJ 08108

**Order Filed on April 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Young Nam HAN

Case No.:    19-14216-RG

Hearing Date:    4/22/19

Judge:    Gambardella

Chapter:    7

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 22, 2019**

*Honorable Christine M. Gravelle
United States Bankruptcy Judge*

Upon the motion of _____ Wilmington Trust, National Association _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☑ Real property more fully described as:

50 Sherwood Road, Norwood, NJ 07648

❏ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

It is further ORDERED that movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed–in–lieu of foreclosure

*Rev. 7/1/04; jml*